UNITED STATES of America, Plaintiff–Appellee,

v.

Brian E. SIMMONS, Defendant–Appellant.

No. 14–11087
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 31, 2014.

Peter J. Sholl, Natalie Hirt Adams, Arthur Lee Bentley, III, Matthew J. Mueller, U.S. Attorney's Office, Tampa, FL, Jason Poole, U.S. Department of Justice, Washington, DC, for Plaintiff–Appellee.

Grady Charles Irvin, Jr., Irvin Law Firm, LLC, Tampa, FL, Brian E. Simmons, Usp Coleman II, Coleman, FL, for Defendant–Appellant.

Before WILLIAM PRYOR, JILL PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Grady C. Irvin, Jr., appointed counsel for Brian E. Simmons in this direct criminal appeal, has moved to withdraw from

further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Simmons's convictions and sentences are **AFFIRMED.**